IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS CAPITAL INVESTMENTS FUND TWO, L.P., <br><br>  Plaintiff, <br><br> v. <br><br> ALBERT R. PUJOL, et al., <br><br>  Defendants. | Case No. 15-cv-01269 (EDL) <br><br> **ORDER** |

In view of the Report and Recommendation filed on April 10, 2015, the clerk shall **REASSIGN** the above captioned case immediately to a district court judge.

**IT IS SO ORDERED.**

Dated: April 13, 2015

ELIZABETH D. LAPORTE
United States Magistrate Judge