<div style="writing-mode: vertical-rl">United States District Court / Northern District of California</div>

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ACCESS CAPITAL INVESTMENTS FUND TWO, L.P., <br><br> Plaintiff, <br><br> v. <br><br> ALBERT R. PUJOL, et al., <br><br> Defendants. | Case No. 15-cv-01269-WHO <br><br> **ORDER ADOPTING REPORT AND RECOMMENDATION AND REMANDING TO STATE COURT** <br><br> Re: Dkt. No. 6 |

This order concerns Magistrate Judge Elizabeth D. Laporte's report and recommendation of April 10, 2015. Judge Laporte recommends that this case be remanded to state court because the record does not indicate that Rose Flores, who filed the notice of removal, is a named defendant in the case, as required by the removal statute. *See* 28 U.S.C. § 1441(a) ("Except as otherwise expressly provided by Act of Congress, any civil action brought in a State court of which the district courts of the United States have original jurisdiction, may be removed *by the defendant or the defendants*, to the district court of the United States for the district and division embracing the place where such action is pending.") (emphasis added). Judge Laporte also notes that the actual named defendants, Albert and Sheila Pujol, have not "join[ed] in or consent[ed] to the removal of the action," as required by 28 U.S.C. § 1446(b)(2)(A), and that in any event Flores has not established that either federal question or diversity jurisdiction exists here. No objections were filed by the April 24, 2015 deadline or at any time thereafter.

Judge' Laporte's report and recommendation is thorough, well-reasoned, and correct, and I adopt it in every respect. This action is remanded to the Superior Court of California for the County of Contra Costa.

**IT IS SO ORDERED**.

Dated: June 1, 2015



WILLIAM H. ORRICK  
United States District Judge